**FILED**
**AUG 0 1 2018**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:
THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (702) 936-1414

CASE NO. 2:18-SW-613-DB

[PROPOSED] ORDER COMMANDING T-MOBILE US, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile US, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the search warrant authorized by the Court on July 31, 2018, for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile US, Inc. shall not disclose the existence of the search warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order, except that T-Mobile US, Inc. may disclose the

1 | search warrant to an attorney for T-Mobile US, Inc. for the purpose of receiving legal advice.

2 |     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
3 | ordered by the Court.

6 | Dated: 8-1-18

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE