McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (702) 936-1414 | CASE NO. 2:18-SW-613-DB<br><br>[PROPOSED] ORDER COMMANDING T-MOBILE US, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8-1-18

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE